# Court of Appeals
# of the State of Georgia

ATLANTA,  August 01, 2019

*The Court of Appeals hereby passes the following order:*

## A19D0563.  TERRY LAMAR ANTHONY v. THE STATE.

Terry Lamar Anthony was convicted of robbery.  In May 2018, the trial court revoked Anthony's probation after it found that he committed the new offense of interference with government property.  The court revoked the balance of his probation, which was roughly six years and three months.  Anthony subsequently filed a motion to vacate, arguing that the trial court could not revoke his probation because the state *nolle prossed* the interference with government property charge. The trial court rejected that argument, but granted his motion to vacate because it was only authorized to revoke the maximum sentence for interference with government property, which was five years.  Accordingly, on May 2, 2019, the trial court amended the revocation as to only revoke five years of probation.

Anthony attempted to file an application for discretionary review in the trial court, which the trial court dismissed. Anthony then filed an application for discretionary review on June 13, 2019 in the Supreme Court, which transferred the case to this Court.  See Case No. S19D1402 (transferred July 1, 2019).  We, however, lack jurisdiction.

An application for discretionary review must be filed within 30 days of entry of the order or judgment to be appealed.  OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).  Anthony's application is untimely, as it was filed 42 days after the

court's May 2 order.

Accordingly, this application is DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,   08/01/2019   *
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*